**Opinion issued March 8, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00021-CV

————————————

## IN RE TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRITON VOYAGER ASSET LEASING GMBH, AND TRITON VOYAGER ASSET LEASING GMBH, ASGARD US, Relators

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

Relators, Transocean Offshore Deepwater Drilling Inc., Triton Voyager Asset Leasing GmbH, and Triton Voyager Asset Leasing GmbH, Asgard US (collectively, "relators"), filed a petition for writ of mandamus challenging: (1) the trial court's November 29, 2021 order denying relators' motion to compel independent medical examinations of real party in interest, Richard Rhodes, and for temporary injunction

and (2) the trial court's December 17, 2021 order denying relators' motion for reconsideration.[1]

Relators have filed a motion to dismiss the petition for writ of mandamus. In the motion, relators represent that the "parties have amicably settled their differences," rendering the mandamus petition moot. Relators' motion does not include a certificate of conference, but more than ten days have passed since relators' motion was filed, and real party in interest has not opposed the relief requested in relators' motion to dismiss their mandamus petition. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant relators' motion and dismiss the petition. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.

---

[1] The underlying case is *Richard Rhodes v. Transocean Offshore Deepwater Drilling Inc., Triton Voyager Asset Leasing GmbH, Triton Voyager Asset Leasing GmbH, Asgard US, and BOE Exploration & Production LLC*, Cause No. 2021-41109, in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.